**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

CITY OF ST. PETERSBURG, FLORIDA,

    Plaintiff,

vs.                                                  CASE NO. 8:13-CIV-1014-T-EAK-AEP

B.P. EXPLORATION & PRODUCTION,
INC., et al.,

    Defendants.
_____/

## ORDER GRANTING STAY

    This cause is before the Court on the motion for stay of proceedings and suspension of deadlines pending transfer by the judicial panel on multidistrict litigation (Doc. 23). The time for objecting to the motion has elapsed and there has been no response filed. The Court finds the motion well-taken. Accordingly, it is

    **ORDERED** that the motion for stay of proceedings and suspension of deadlines pending transfer by the judicial panel on multidistrict litigation (Doc. 23) be **granted**; this cause of action is stayed; and all responsive pleading and answer deadlines in this action are suspended until the earlier of: (1) the transfer of this action to MDL No. 2179 pursuant to an order; or (2) 14 days after entry of an order denying such transfer.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 12th day of June, 2013.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record